Eric J. Shimanoff (ejs@cll.com)
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036
(212) 790-9200
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

| | |
|---|---|
| THERAPLANT, LLC, | : |
| Plaintiff, | : Civil Action No. 1:16-cv-00646 (DLC)(KNF) |
| | : |
| -against- | : |
| | : **CERTIFICATE OF SERVICE** |
| SHAROZ MAKARECHI and THINK TANK 3, INC. | : |
| Defendants. | : |

---------------------------------------------------------------- x

I hereby certify that on February 2, 2016, I served true and correct copies of the NOTICE OF INITIAL PRETRIAL CONFERENCE together with copies of the Court's INDIVIDUAL PRACTICES, by First Class Mail, on the following:

Sharoz Makararechi
51 West 16th Street
Apartment 3B
New York, N.Y. 10011

Sharoz Makarechi
849 Marco Place
Venice, CA 90291

Jeffrey P. Burack
Law Office of Jeffrey P. Burack
412 East 88th Street
Suite 1W
New York, N.Y. 10128

30320/002/1996800

Dated: New York, New York
February 2, 2016

Respectfully submitted,

COWAN LIEBOWITZ & LATMAN, P.C.

By: s/ Eric J. Shimanoff
Eric J. Shimanoff (ejs@cll.com)
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200
*Attorneys for Plaintiff*

30320/002/1996800